1  DANIEL R. MILLER (Bar No. 126893)
   daniel.miller@msrlegal.com
2  BRIAN D. SHAFFER (Bar No. 257971)
   brian.shaffer@msrlegal.com
3  MILLER STARR REGALIA
   A Professional Law Corporation
4  1331 N. California Blvd., Fifth Floor
   Post Office Box 8177
5  Walnut Creek, California 94596
   Telephone:   925 935 9400
6  Facsimile:   925 933 4126

7  Attorneys for Plaintiff
   BATTLE CREEK ISLAND RANCH LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTLE CREEK ISLAND RANCH LLC, | Case No: 2:13-CV-00755-JAM-CMK |
| Plaintiff, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO <u>FILE JOINT STATUS REPORT</u> |
| v. | |
| UNITED STATES OF AMERICA; BUREAU OF LAND MANAGEMENT; and DOES 1 through 50, | |
| Defendants. | |

On June 7, 2013, plaintiff Battle Creek Island Ranch LLC ("Battle Creek") filed a Request for Extension of Time to File a Joint Status Report ("Request"). The basis for the Request is that the deadline for filing the Joint Status Report is the same as the deadline for defendants to respond to the Complaint. Given that defendants have not yet appeared in the case, Battle Creek has been unable to confer with defendants within the timeframe for submission of the Joint Status report required by the Court's prior order.

Based on the foregoing, and good cause appearing therefor, it is hereby ordered that the deadline set forth in the Court's April 19, 2013 order for filing the Joint Status Report is hereby extended to July 26, 2013

Dated: 6/7/2013                                /s/ John A. Mendez
                                               Hon. John A. Mendez
                                               U.S. District Court Judge

SAFC\50377\904518.1                    -1-

[PROPOSED] ORDER GRANTING EXT. OF TIME TO FILE JOINT STATUS REPORT          Case No.: 2:13-CV-00755-JAM-CMK